Juan ESPARZA–RAMIREZ, Appellant,

v.

Lisa J.W. HOLLINGSWORTH, Warden, FCI Sandstone, MN, Appellee.

No. 07–2861.

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2009.

Filed: March 6, 2009.

Juan Esparza–Ramirez, Sandstone, MN, for Appellant.

Richard Newberry, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Juan Esparza–Ramirez appeals from the district court's[1] denial of his 28 U.S.C. § 2241 petition. Upon careful de novo review, *see Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that the district court's decision was proper. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.